370 P.2d 798

In the Matter of Ludmilla ANGLETON, by her Attorney-in-Fact, T. H. Eberle, Petitioner-Appellant,

v.

Hugh R. ANGLETON, Respondent.

No. 8900.

Supreme Court of Idaho.

March 23, 1962.

Rehearing Denied May 3, 1962.

Richards, Haga & Eberle, Boise, for appellant.

Langroise, Clark & Sullivan, Boise, for respondent.

KNUDSON, Justice.

This cause having been consolidated with Case No. 8899 for trial the issues on this appeal are disposed of by the opinion of this Court this day filed in said case, ante, 184, 370 P.2d 788. The order quashing and vacating the warrant issued herein is affirmed.

No costs allowed.

SMITH, C. J., and TAYLOR, McQUADE and McFADDEN, JJ., concur.